**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-6341

_____

JOHN MARVIN OVERMAN, JR.,

                                      Plaintiff - Appellant,

        versus

THEODIS BECK, Secretary of North Carolina
Prisons; JUANITA H. BAKER, North Carolina
Parole Chairman,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:05-ct-00687-BO)

_____

Submitted:  July 18, 2007          Decided:  July 25, 2007

_____

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Marvin Overman, Jr., Appellant Pro Se.  Elizabeth F. Parsons,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Overman, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Overman v. Beck</u>, No. 5:05-ct-00687-BO (E.D.N.C. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>